In The United States District Court
For the Eastern District Of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 23 AM 7:27
LORETTA G. WHYTE
CLERK

REGGIE P. BOURG                         CIVIL ACTION

VERSUS                                  NUMBER: 07-2230

DEPARTMENT OF THE                       SECTION: K (3)
TREASURY FINANCIAL
MANAGEMENT
SERVICE, et al

---

### ORDER

---

**PLAINTIFF'S MOTION FOR RECUSAL IS**

GRANTED ✓

DENIED _____

IT IS ORDERED THAT THE CLERK OF COURT REALLOT THIS MATTER TO A SECTION OF THIS COURT OTHER THAN SECTION "K".

New Orleans, La.
August 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

AUG 23 2007
REALLOTTED TO
SECT. N

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___